NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ACER AMERICA CORPORATION, CYBERLINK.COM CORPORATION, GATEWAY, INC., APPLE, INC., ASUS COMPUTER INTERNATIONAL, DELL INC., MICROSOFT CORPORATION, NERO AG, NERO, INC., SONIC SOLUTIONS, SONY CORPORATION, AND SONY ELECTRONICS, INC.,**

*Petitioners.*

---

Miscellaneous Docket No. 942

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in consolidated case nos. 08-CV-0369 and 07-CV-0376, Magistrate Judge Charles Everingham IV.

Before GAJARSA, SCHALL, and MOORE, *Circuit Judges.*

PER CURIAM.

## ORDER

Upon consideration of Acer America Corporation et al.'s motion to amend the court's December 3, 2010 order,

IT IS ORDERED THAT:

The motion is granted. An errata accompanies this order.

FOR THE COURT

| JAN 13 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc: Joshua M. Masur, Esq.
    Elaine Y. Chow, Esq.
    Mark C. Scarsi, Esq.
    Scott F. Partridge, Esq.
    George F. Pappas, Esq.
    M. Craig Tyler, Esq.
    Roderick M. Thompson, Esq.
    Lewis V. Popovski, Esq.
    Byron W. Cooper, Esq.
    Clerk, United States District Court for the Eastern
District Of Texas

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 13 2011

JAN HORBALY
CLERK

# United States Court of Appeals
# for the Federal Circuit

---

January 13, 2011

**ERRATA**

---

Appeal No. 2010-M942

**IN RE ACER AMERICA CORPORATION, CYBERLINK.COM CORPORATION, GATEWAY, INC., APPLE, INC., ASUS COMPUTER INTERNATIONAL, DELL INC., MICROSOFT CORPORATION, NERO AG, NERO, INC., SONIC SOLUTIONS, SONY CORPORATION, AND SONY ELECTRONICS, INC.,**

Petitioners.

Decided: December 3, 2010
Precedential Order

---

Please make the following change:

Page 4, line 17, change "except for Dell" to —except for Dell and Microsoft--